IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| DANIEL MOSES SCOPE, <br> TDCJ No. 1530351, <br><br> Plaintiff, <br><br> v. <br><br> ADAM WRIGHT, *et al.*, <br><br> Defendants. | § § § § § § § § § § § | Civil No. 7:14-CV-002-O |

ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and of the Findings, Conclusion, and Recommendation of the United States Magistrate Judge (ECF No. 13), I am of the opinion that the fact findings and conclusions of law set forth in the Findings, Conclusion, and Recommendation of the Magistrate Judge are correct and they are hereby adopted and incorporated by reference as the findings of the Court.

Accordingly, Plaintiff's claims against Defendants Jonathan Eastep and Joseph Boyle are DISMISSED. Additionally, Plaintiff's claim for injunctive relief by way of release from administrative segregation is DISMISSED.

The Court notes that Rick Thaler, who was named as a Defendant in Plaintiff's original complaint, has been removed as a Defendant in Plaintiff's amended complaint. *See* Amended Complaint, ECF No. 7. Rick Thaler is therefore DISMISSED as a party to this action.

SO ORDERED this 6th day of May, 2015.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**